SIDNEY RAY
Name, Prisoner ID

SSN: 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

500 South DENVER
Address

Tulsa, Oklahoma 74103

**FILED**
JUL 29 1999
Phil Lombardi, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

Sidney Leon Ray, Plaintiff(s)
(Full Name)

v.

Tulsa County (Medical), Defendant(s)
And/or Sheriff Inmate Medical Staff
Prison Health Services Company

**99CV0620K (E)**

Case No. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Sidney Leon Ray (Plaintiff), is a citizen of Oklahoma (State)

who presently resides at 500 South Denver (Tulsa Okla)(A.D.C.)
(mailing address or place of confinement)

2) Defendant Tulsa County (Medical)(P.H.S.C.) Inmate Medical Staff is a citizen of
(Name of first defendant)
Tulsa Oklahoma, and is employed
(City, State)
as Tulsa County (Medical Staff)(P.H.S.C.) Inmate Medical Staff.
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law?   Yes ☑ No ☐
If your answer is "Yes", briefly explain:

Medical Staff (neglegent)(refusing medical treatment) P,H,S,C

3)   Defendant __Medical Staff - P,H,S,C__ is a citizen of
        (Name of second defendant)
__Tulsa, Oklahoma__, and is employed
        (City, State)
as __Medical Staff - P,H,S,C__
        (Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐.
If your answer is "Yes", briefly explain:

Working as a medical official for Tulsa County - P,H,S,C

[You may attach one additional page (8½" x 11") to furnish the above information for additional defendants.]

**B.   JURISDICTION**

1)   Jurisdiction is asserted pursuant to: (Check one)
     ☑   42 U.S.C. §1983 (applies to state prisoners)

     ☐   Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics.
         403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2)   Jurisdiction also in invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__Tulsa County__

**C.   NATURE OF CASE**

1)   Briefly state the background of your case. P,H,S,C Medical (Tulsa County Jail System) refused to administer medical attention to a damaged right leg, in which I tripped over a boat in the floor which pushed the rod in my leg upward in my leg causing severe pain and swelling in my knee, in which I haven't been able to bend my knee since. Refused to treat right leg, July 24, 1999). Also caused swelling in lower leg and haven't been able to walk properly since.

Boat ⟶ (meaning steal stubb or screw exstruating from floor,)

complain.cr (5/30/97)                                                                                              Page 5

D. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

  a  (1) Count I: Refused to treat Damaged Right leg, Caused by tripping over boat in the floor.

  (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Medical Staff (Tulsa County) - P,H,S,C Exhibit And request Avaible

  b  (1) Count II: ~~~~~~~~ Neglegance

  (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Avaible

  c  (1) Count III: Damages

  (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Punitiative, Consiquencial

complain.cr (5/30/97)                                         Page 6

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒

   If your answer is "Yes", describe each lawsuit. *[If there is more than one lawsuit, describe this each additional lawsuit using the same format on a blank sheet of paper which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."]*

   a) Parties to previous lawsuit:

   Plaintiffs: _____
   Defendants: _____

   b) Name and Location of Court and docket number _____

   c) Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

   e) Approximate date of filing lawsuit _____

   f) Approximate date of disposition _____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. Yes ☒ No ☐.

   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. Greivences, Medical request slips P.H.S.C.

3) I have exhausted available administrative remedies Yes ☒ No ☐.

   If your answer is "Yes" briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No" briefly explain why administrative remedies were not exhausted. Tried to talk to staff constantly but steadly Refused (P.H.S.C.) (medical). Turned in several Prisoner Health Service request, but no response.

F. **PREVIOUSLY DISMISSED ACTIONS OR APPEALS**

1) If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. [*If there is more that one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet of paper which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."*]

   a) Parties to previous lawsuit:
      Plaintiffs: _____
      Defendants: _____

   b) Name and Location of Court and docket number _____

   c) Grounds for dismissal: [ ] frivolous   [ ] malicious   [ ] failure to state a claim upon which relief may be granted.

   d) Approximate date of filing lawsuit _____

   e) Approximate date of disposition _____

2) Are you in imminent danger of serious physical injury? ☑ Yes  No ☐. If your answer is "Yes" please describe the facts in detail below without citing legal authority or argument. *If I trip and fall again with my leg may cause mislinement in my leg. I might have to resort to a wheelchair, or my leg being or foot being ampitated.*

G. **REQUEST FOR RELIEF**

1) I believe that I am entitled to the following relief: *Total Disability and Compensation for pain and suffering do to (Physical, mental stress). And Damages*

_____                                    *Sidney Leon Ray*
Original Signature of Attorney (if any)       Original Signature of Petitioner

*Pro - Sec*

_____

Attorney's full address and
telephone number

complain.cr (5/30/97)                                                    Page 8

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at __ADC - Tulsa County__ on __July 11 1999__.
          (Location)                       (Date)

_Sidney Leon Ray_
(Original Signature of Prisoner)